**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| JERMAINE LEONARD WILLIAMS,<br>ADC #500357, | *<br>*<br>* | |
| Plaintiff, | * | |
| vs. | * | No. 5:10-cv-00188-SWW-JVV |
| | * | |
| ARKANSAS DEPARTMENT OF<br>CORRECTION; *et al.,* | *<br>*<br>* | |
| Defendants. | * | |

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 9th day of September 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE